IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTIN FRANKEL,<br><br>      *Plaintiff,*<br><br>   v.<br><br>MARIA H. GUZMAN, *et al.*,<br><br>      *Defendants.* | CIVIL ACTION<br>NO. 20-5208 |

# ORDER

**AND NOW**, this 21st day of October 2020, upon consideration of Plaintiff Martin Frankel's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and his Emergency Motion for a Preliminary Injunction and Temporary Restraining Order (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**. The Clerk of Court shall not issue summonses until so **ORDERED**.

2. The "Emergency Motion for a Preliminary Injunction and Temporary Restraining Order" is **DENIED.**

3. To proceed with this civil action, Frankel must file a complaint within thirty (30) days of the date of this Order naming all Defendants in the caption in accordance with Federal Rule of Civil Procedure 10(a) and clearly setting forth the basis for his claims against each Defendant. *See* Fed. R. Civ. P. 3 ("A civil action is commenced by filing a complaint with the court.").

4. If Frankel fails to comply with this Order, his case will be dismissed without prejudice for failure to prosecute.

2

BY THE COURT:

 */s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.